Hosea Byrd
(Name)
P.O. Box 5004 A-5 #145
(Address)
Calipatria, CA 92233
(City, State, Zip)
P-40824
(CDC Inmate No.)







# United States District Court
## Southern District of California

Hosea Byrd,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

A. Arias CCI,
J. Anaya CCII,
J. Kelleeman- Facility Capt.,
L.E. Scribner(W), Larry Small-Warden,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 1459 DMS AJB
Civil Case No.
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Hosea Byrd (print Plaintiff's name), who presently resides at P.O. Box 5002 A-5 #145 Calipatria State Prison Calipatria, CA 92233 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Calipatria State Prison (institution/place where violation occurred) on (dates) 7-17-07 (Count 1), 10-26-07 (Count 2), and 11-27-07 (Count 3).



2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant A. Arias (name) resides in N/A (County of residence), and is employed as a Correctional Counselor #(1) (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Defendant was plaintiff's Counselor on 7-17-07 at Calipatria State prison and Responsible for Unit Classification Committee and Recomendations of prison cell placment based on Review of inmate Central "C" File.

Defendant J. Kellerman (name) resides in N/A (County of residence), and is employed as a Facility Captain (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Defendant was Facility Captain at Calipatria State prison B yard and Responsible for safty and security of prisoners and served as Committee member at ICC 11-21-07 and 11-27-07.

Defendant ______ (name) resides in ______ (County of residence), and is employed as a ______ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ______

Defendant L.E. Scribner, Warden (name) resides in ______ (County of residence), and is employed as a Warden (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: L.E. Scribner-on 12-5-07 was the warden of Calipatria Prison and Responsible for promulgating supervising and enforcing the inmates of the prison safty and security including plaintiff Hosea Byrd.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: U.S. Const. VIII AMENDMENT Freedom from Cruel and unusual Punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Defendant A. ARias CCI Counselor for Plaintiff on 7-17-07 with full knowledge of Plaintiff's PRior documented central file history of serious in-cell violence towards his cell-mate's and assaultive behavior with a weapon against other inmates outside of his cell for issues relating to his cell mates. With knowledge of this defendant A. Arias CCI Refered Plaintiff to be Removed from single-man cell statues and placed back onto double-man cell statues. Counselor Defendant A. ARias also had knowledge that Plaintiff had been priorly Removed from single man cell statues and placed on double man cell statue's. Wich Resulted into more violent behavior and becouse of that Plaintiff was placed back onto onto single-man cell statues. Defendants behavior constituted a act of arbitrary manner due to defendant minimizing the seriousness of Plaintiff's history of violent behavior toward his cell mate's. And placed Plaintiff into a perilous situation. Because if he complied with the order to accept a cell mate after being removed from single man cell statues the risk immenent was great as had been demonstrated in his prior CDC central "C" file history. And if Plaintiff Refused to accept a cell mate in order to avoid further violence. Displinary acts would be taken against him by the Prison Administration. Defendant A. ARias act resulted into plaintiff being placed into a behavior Modification Unit and being harassed by prison officials for Refusing to accept a cell mate.

Count 2: The following civil right has been violated: U.S. Const. VIII Amendment (E.g., right to medical care, access to courts, Right to be free from cruel unusal Punishment due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 10-26-07 Defendant J. ANAYA CCII a Counselor at Calipatria Prison facility "B" Defendant was a Committee member at a ICC hearing wich was Recommended by - Co-defendant A. Arias CCI to Remove Plaintiff off of single-man-cell statues and place Plaintiff on double-man cell statues This act was done with defendant J. ANAYA CCII having knowledge that Plaintiff had a serious history of violence towards his cell-mate's and also with knowledge that Plaintiff Hosea Byrd had been previously removed from single-man cell statues "PRIOR" wich Resulted into a incident of more violence between plaintiff and his cell-mate Defendant J. ANAYA CCII as committee member still despite knowledge of these facts still took Plaintiff off of single-man cell statues with the Threat that if he Refused to double-cell that displinary Actions would be taken against him and he plaintiff would be placed into a Behavior Modification Unit and subjected to verious harassment such as frequent cell search drug urine Test Monthly loss of Appliances visits and other Priviledges wich are allowed inmate in General Population inmate. On 11-27-07 Plaintiff was placed into the Behavior Modification Unit for Refusing to double cell and subjected to all of the above mentioned harassment including being placed into Administrative Segregation and having all of his property taken away. Defendant J. ANAYA CCII intent was to maliciously exspose Plaintiff to harassment to force him to agree to double cell knowing plaintiff's central file documented history of this being peril situation. This was done by defendant J. Anaya CCII minimizing minimizing serious violence in an arbitray Affirmative manner

Count 3: The following civil right has been violated: U.S. Const. VIII AMEND. freedom from Cruel Unusual Punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Defendant J. Kellerman facility Captain at Calipatria Prisons Yard "B" in this position as Captain and Responsible for the safty of all inmate including Plaintiff Hosea Byrd on 11-21-07 Defendant J. Kelleeman Recommended and Refered plaintiff to be Re-viewed for pending Placement into a Behavior Modification Unit. for the specific displinary charge of Refusing to accept a cell-mate. Defendant officer Captain J. Kellerman on 11-27-07 as committee member and chairman of the hearing wich he himself Refered plaintiff to for placment into a Behavior Modification Unit for Refusal to accept a cell mate Defendant himself placed and assinged plaintiff to a behavior Modification Unit. This act was carried out and done by Defendant J. Kellerman with full knowledge that plaintiff had a serious prior documented history of in-cell violence against his cell-mate's and assaultive behavior with a weapon on other inmate's out side of his cell for issue's relating to his cell mate's. Defendant J. Kellerman despite these facts placed plaintiff into a Behavior Modification Unit with Malicious intent to punishing plaintiff until plaintiff agreed to accept a cell mate. This act by defendant lead to plaintiff being deprived of VIII const. Amend. in the form of loss of personal property harassment by prison officials being placed into into administration segregation ECT. See Exhibit

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Hosea Byrd
Defendants: Schredinizt

(b) Name of the court and docket number: United State District Court Corcoran California

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] The case was dismised, I am unable to give specifics because my Legal property has been taken away from me by this prison

(d) Issues raised: I was detained in a Special Housing Unit without any legal justification at CORCORAN State PRISON

(e) Approximate date case was filed: 12-1-04

(f) Approximate date of disposition: 4-1-06

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I filed a administrative inmate Appeal through institution appeal system CCR 3084.1 My appeal was filed all the way to the appeal process of Third Level Review on 5-1-07 (60) sixty day time restraint of CDC Appeal time limit has not been met on this day 8-4-08, I wrote the Third level Review and Requested a Summary Tracking and Recieved the Attached Exhibit 11-13 page please see, Page 11 through #13 Administrative Remidies have been exhasted

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from forcing plaintiff to cell with inmate according to CDC Double man cell policy. Regarding in-cell violence and a order prohibiting other prison officals from taking similiar actions against plaintiff in the future.

2. Damages in the sum of $ cost of law suit $

3. Punitive damages in the sum of $ cost of law suit $

4. Other: Declatory Compensatory lost of property and priviledges

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

8-5-08
Date

Hosea Byrd
Signature of Plaintiff

additional Page #

D. Cause of Action Count: 4 The following civil Right has been violated. U.S. Const VIII Amendment freedom from cruel and unusual Punishment.

Supporting Facts.

On 12-5-07 defendant L.E. Scribner employed as the warden of calipatria state Prison. Replied to a letter wich plaintiff mailed to him as the warden in seek and Request of Relief. Defendant L.E. Scribner Personally participated in the violation of Plaintiffs civil Rights wich were violated by his subordinate officer's in the following manner. Defendant L.E Scribner in his Reply letter to Plaintiff concerning the issue of Plaintiffs Hosea Byrd documented history of in-cell violence. Defendant L.E. Scribner acted in a affirmative arbitrary manner with his subordinate officer's by indicating that he defendant L.E. Scribner had personally Reviewed Plaintiff Hosea Byrd California Department of Corrections Central "C" File and found that it did not contain a substaintival amount of in-cell violence and assaultive behavior toward his cell-mate for plaintiff to fit the criteria for CDC single-man cell Statues. Wich is were the violation occured. Due to Plaintiff central "C" File being full of of conduct CCR conduct Rule violation's of in-cell violence toward his cellmate as well as incident of assaultive behavior with a weapon on imates out side of his-cell for incidents Relating to his cell-mates on severeal occasions. This information is well documented history within the central file that warden L.E. Scribner claimed that he Reviewed yet he despite of this fact acted in a affirmative matter to Remove Plaintiff from single-man cell statues and force him into a double cell with knowledge of the risk of peril to plaintiff and other inmates. Plaintiff has been informed that Defendant L.E. Scribner is no longer warden at Calipatria State Prison and that he has been Replaced by a new warden whose name is LARRY SMALL Plaintiff is incorporating into this action in his official capacity Larry Small is sued in his official capacity

Defendant #5

Larry Small. Plaintiff has been informed and believes that Defendant Larry Small has Replaced defendant #4 L.E. Scribner as Warden of Calipatria State Prison. and in this position as Replacment for defendant L.E. Scribner Warden: Previous warden of Calipatria State whom is addressed in this claim as being Sued in official Capacity.

Plaintiff Hosea Byrd incorporates into this Action Larry Small as the new Warden of the Prison and Responsible for the latter warden's actions and is Responsible for any all actions of the Previous warden L.E. Scribner. On 12-5-07 in official Capacity Plaintiff has been informed and believs and alleges that Defendant Larry Small as the new warden of Calipatria State Prison is employed under color of state law in the scope and course of his employment and is sued herein in his official capacity

# Exhibit Contents

# 1. Exhibit "A" Page # 11 through # 13 Exhausted All Administrat-ive Remedies through CDC Required Third level Review. See attached Exhibit Appeal Tracking System Page 11-Through 13 date 5-1-07

IAB-Number 0731206 Custody / Class CAL-08-00366

also IAB 0731207 Legal CAL-08-00397

and IAB 0733138 Disciplinary CAL-08-00641

State of California

Department of Corrections and Rehabilitation
Inmate Appeals Branch

# Memorandum

Date : June 25, 2008

To : BYRD, HOSEA P40824
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233



Subject: **APPEAL ACTIVITY**

The attached page(s) lists a summary of your recent appeal history and status of appeals still under review.

N. GRANNIS, Chief
Inmate Appeals Branch

Attachment(s)

5-22-08

Dear Third Level Reviewer

My name is Hosea Byrd P-40824

I am writing in request for a

Statues on an Appeal wich

I filed to your office actually

2 two appeals

Mailed from Calipatria State Prison

on 5-1-07

Log No. CAB0800397 Issue Legal

The Second appeal

log Nom B0800366 Appeal Issue Custody Class

Can you please mail me a letter letting me know weather you recieved these two above mentioned Appeals. Thank You for your time and please have a nice Day

RECEIVED
JUN -6 2008
INMATE APPEALS BRANCH

Respectfully

Hosea Byrd P-40824
P.O. Box 5005 B-5-244
Calipatria, CA 92233

10

3343 K Conditions of Segregated

7-17-07 UCC
10-26-07 ICC
11-21-07 ICC
11-27-07

D. Pat Patz Pazt

Inmate Appeals Branch

06/25/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**Inmate / Parolee Appeals Tracking System - Level III**

**Appellant Information**

**CDCR Number: P40824**

**Sorted By: Last Name**

| CDCR Number | Appellant Name | Location | Arrival Date |
|---|---|---|---|
| P40824 | BYRD, HOSEA | CAL | 03/14/2007 |

**Accepted Appeals**

| IAB Number | Issue | Inst. Log Number | Closed Date | Disposition |
|---|---|---|---|---|
| 0307894 | CUSTODY/CLASS | COR-03-03912 | 03/11/2004 | DENIED |
| 0404189 | CUSTODY/CLASS | SATF-04-00557 | 01/07/2005 | DENIED |
| 0408325 | CASE INFO/RECORDS | SATF-04-05172 | 05/11/2005 | DENIED |
| 0731206 | CUSTODY/CLASS | CAL-08-00366 | | PENDING |
| 0731207 | LEGAL | CAL-08-00397 | | PENDING |
| 0733138 | DISCIPLINARY | CAL-08-00641 | | PENDING |

60 day time Restraint CCR 3084.6B

**Screen Outs**

| IAB Number | Issue | Inst. Log Number | Screened Out | Reason |
|---|---|---|---|---|
| 0404189 | CUSTODY/CLASS | SATF-04-00557 | 06/01/2004 | MISSING DOCUMENTATION |
| 0711515 | PROGRAM | | 11/26/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5071663 | OTHER | SVSP-02-03313 | 01/13/2003 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5096910 | CUSTODY/CLASS | SATF-C-04-00557 | 07/19/2004 | |

#13

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

2254 1983
FILING FEE PAID Yes No ✓
IFP MOTION FILED Yes ✓ No
COPIES SENT TO: Court ✓ ProSe

**I (a) PLAINTIFFS**

**Hosea Byrd**

**DEFENDANTS**

**Arias, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Hosea Byrd**
**PO Box 5004**
**Calipatria, CA 92233**
**P-40824**

**ATTORNEYS (IF KNOWN)**

**'08 CV 1459 DMS AJB**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS: PERSONAL INJURY | TORTS: PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Eiectmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 8/11/2008 SIGNATURE OF ATTORNEY OF RECORD [signature]

