Hosea Byrd
PLAINTIFF/PETITIONER/MOVANT'S NAME

P-40824
PRISON NUMBER

P-40824  P.O. Box 5004
Calipatria Prison
PLACE OF CONFINEMENT

Calipatria State Prison Calipatria CA 92233
ADDRESS

2254  1983 ✓
FILING FEE PAID
Yes __  No ✓
IFP MOTION FILED
Yes ✓  No __
COPIES SENT TO
Court ✓  Pro Se __

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM  DEPUTY

# United States District Court
## Southern District Of California

Hosea Byrd
_____,
Plaintiff/Petitioner/Movant

A. Arias-CCI
J. Anaya-CCII, L.E. Scribner-Warden   v.
J. Kellerman: (FC.) Larry Small-Warden
Defendant/Respondent

Civil No. '08 CV 1459 DMS AJB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Hosea Byrd _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?          ☐ Yes  ☒ No
   Do you receive any payment from the institution?  ☐ Yes  ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                          H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2-1-07 I did not recieve any payment because I did not have a inmate pay number at my place of employment wich was at Corcoran State Prison

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. I Recieved $45.00 Forty Five dollars from a Relative in 2-22-08 nothing - I have not recieved any money since from any source

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☑ No
If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ none _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): I owe the federal filing fee in the amount of the cost for filing civil 1983 Please see your district Record for information of the current owed balance federal filing 6761/04969

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. I am without a source of income

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-5-08
DATE

_Hosea Beynl_
SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## C. PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___Byrd, Hosea___
(NAME OF INMATE)

___P-40824___
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at ___Calipatria State Prison___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___ to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's <u>average monthly balance</u> was $ ___20.25___ and the <u>average monthly deposits</u> to the applicant's account was $ ___6.42___

___30 JUL 2008___                    ___[signature]___
DATE                                 SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                     ___Sandylee C. Scrivens___
                                     OFFICER'S FULL NAME (PRINTED)

                                     ___AC II___
                                     OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                  -4-                    K:\COMMON\FORMS\CTY-67

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Hosea Byrd_ (Name of Prisoner/ CDC No.), request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_8-5-08_
DATE

_Hosea Byrd_
SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                    CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 07/30/08
                                                  CALIPATRIA STATE PRISON                    PAGE NO:     1
                                              INMATE TRUST ACCOUNTING SYSTEM
                                              INMATE TRUST ACCOUNT STATEMENT

                                       FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER  : P40824                              BED/CELL NUMBER: FA0500000000145L
ACCOUNT NAME    : BYRD, HOSEA                         ACCOUNT TYPE:    I
PRIVILEGE GROUP : D

                                             TRUST ACCOUNT ACTIVITY

   TRAN
DATE CODE DESCRIPTION           COMMENT         CHECK NUM   DEPOSITS     WITHDRAWALS     BALANCE
----  ---- -------------------- -------------- ----------- ----------- ------------- -----------
01/01/2008    BEGINNING BALANCE                                                            0.00
02/22 D300 CASH DEPOSIT         MR/ 704798                    45.00                       45.00
02/27 W215 FEDERAL FILIN        6761/04969                                    9.00        36.00
03/10 FC02 DRAW-FAC 2           B-5 5199                                     36.00         0.00

                                             TRUST ACCOUNT SUMMARY

           BEGINNING        TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
            BALANCE        DEPOSITS     WITHDRAWALS     BALANCE      BALANCE        TO BE POSTED
          ----------     ----------    -----------    ----------   ----------     -------------
              0.00          45.00         45.00          0.00         0.00             0.00

                                                                         CURRENT
                                                                        AVAILABLE
                                                                         BALANCE
                                                                       ----------
                                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

6

982(a)(17)(A)

# INFORMATION SHEET ON WAIVER
# OF COURT FEES AND COSTS
(California Rules of Court, rule 985)

f you have been sued or if you wish to sue someone, and if you cannot afford to pay court fees and costs, you may not have to pay hem if:

1. You are receiving financial assistance under one or more of the following programs:
   - SSI and SSP (Supplemental Security Income and State Supplemental Payments Programs)
   - CalWORKs (California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families, formerly AFDC, Aid to Families with Dependent Children Program)
   - The Food Stamp Program
   - County Relief, General Relief (G.R.), or General Assistance (G.A.)

If you are claiming eligibility for a waiver of court fees and costs because you receive financial assistance under one or more of these programs, and you did not provide your Medi-Cal number or your social security number and birthdate, you must produce documentation confirming benefits from a public assistance agency or one of the following documents, unless you are a defendant in an unlawful detainer action:

| PROGRAM | VERIFICATION |
|---|---|
| SSI/SSP | Medi-Cal Card or Notice of Planned Action or SSI Computer-Generated Printout or Bank Statement Showing SSI Deposit or "Passport to Services" |
| CalWORKs/TANF (formerly known as AFDC) | Medi-Cal Card or Notice of Action or Income and Eligibility Verification Form or Monthly Reporting Form or Electronic Benefit Transfer Card or "Passport to Services" |
| Food Stamp Program | Notice of Action or Food Stamp ID Card or "Passport to Services" |
| General Relief/General Assistance | Notice of Action or Copy of Check Stub or County Voucher |

— OR —

Your total gross monthly household income is less than the following amounts:

| NUMBER IN FAMILY | FAMILY INCOME |
|---|---|
| 1 | $ 869.80 |
| 2 | 1,171.88 |
| 3 | 1,473.96 |
| 4 | 1,776.04 |
| 5 | 2,078.12 |

| NUMBER IN FAMILY | FAMILY INCOME |
|---|---|
| 6 | $ 2,380.20 |
| 7 | 2,682.28 |
| 8 | 2,984.36 |
| Each additional | 302.08 |

— OR —

Your income is not enough to pay for the common necessaries of life for yourself and the people you support and also pay court fees and costs.

---

pply, fill out the Application for Waiver of Court Fees and Costs (Form 982(a)(17)) available from the clerk's office. If you m no income, you may be required to file a declaration under penalty of perjury. Prison and jail inmates may be required ay up to the full amount of the filing fee.

u have any questions and cannot afford an attorney, you may wish to consult the legal aid office, legal services office, or lawyer rral service in your county (listed in the Yellow Pages under "Attorneys").

u are asking for review of the decision of an administrative body under Code of Civil Procedure section 1094.5 (administrative date), you may ask for a transcript of the administrative proceedings at the expense of the administrative body.

Adopted for Mandatory Use
dicial Council of California
(17)(A) [Rev. January 1, 2001]

INFORMATION SHEET ON WAIVER
OF COURT FEES AND COSTS
(In Forma Pauperis)

WEST GROUP

Government Code, § 68511.3;
Cal. Rules of Court, rule 985

— THIS FORM MUST BE KEPT CONFIDENTIAL —

982(a)(17)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Hosea Byrd PRO/PeR P-40824
7018 Blair Rd. Cal. State Prison
Calipatria, CA 92233

TELEPHONE NO.:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

NAME OF COURT:
STREET ADDRESS: United State District Court Southern
MAILING ADDRESS: 4290. 880 Front Str.
CITY AND ZIP CODE:
BRANCH NAME: San diego CA 92101-1

PLAINTIFF/PETITIONER: Hosea Byrd
DEFENDANT/RESPONDENT: Larry Small Warden ET All

FOR COURT USE ONLY

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

CASE NUMBER:

request a court order so that I do not have to pay court fees and costs.
a. [X] I am *not* able to pay any of the court fees and costs.
b. [ ] I am able to pay *only* the following court fees and costs (specify):

My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code): State Prison Calipatria 7018 Blair Rd P.O. Box 5001 Calipatria, CA 922**

a. My occupation, employer, and employer's address are (specify): none
b. My spouse's occupation, employer, and employer's address are (specify): none

[ ] I am receiving financial assistance under one or more of the following programs:
   a. [ ] SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] CalWORKs: California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] Food Stamps: The Food Stamp Program
   d. [ ] County Relief, General Relief (G.R.), or General Assistance (G.A.)

If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. [ ] (Optional) My Medi-Cal number is (specify):
   b. [ ] (Optional) My social security number is (specify):
   [4][9][9]-[7][8]-[6][3][0][1] and my date of birth is (specify): 3-26-61
   (Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.)
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court. [See Form 982(a)(17)(A) Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]
[X] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]

[ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may ordered to appear in court and answer questions about your ability to pay court fees or costs.

declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Hosea Byrd                                    ► Hosea Byrd
(TYPE OR PRINT NAME)                          (SIGNATURE)
                (Financial information on reverse)

dopted for Mandatory Use
al Council of California                 APPLICATION FOR WAIVER OF COURT FEES AND COSTS

8

982(a)(18)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Hosea Byrd Calipatria Prison
P-40824
2018 Blair Rd.
Calipatria, CA 92233
TELEPHONE NO.:          FAX NO.:
ATTORNEY FOR (Name):

**FOR COURT USE ONLY**

NAME OF COURT: United State District Court Southern
STREET ADDRESS: 4290 880 Front Str.
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101-8900
BRANCH NAME:

PLAINTIFF/PETITIONER: Hosea Byrd

DEFENDANT/RESPONDENT: Larry Small Worden et al

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

CASE NUMBER:

1. The application was filed on (date):
2. The application was filed by (name): Hosea Byrd
   ☐ A previous order was issued on (date):
3. ☐ IT IS ORDERED that the application is granted   ☐ in whole   ☐ in part (see Cal. Rules of Court, rule 985).
   a. ☐ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 985(i), is waived.
   b. ☐ The applicant shall pay all the fees and costs listed in California Rules of Court, rule 985(i), EXCEPT the following:
      (1) ☐ Filing papers.
      (2) ☐ Certification and copying.
      (3) ☐ Issuing process and certification.
      (4) ☐ Transmittal of papers.
      (5) ☐ Court-appointed interpreter (small claims only).
      (6) ☐ Sheriff and marshal fees.
      (7) ☐ Reporter's fees* (valid for 60 days).
      (8) ☐ Telephone appearance (Gov. Code, § 68070.1(c))
      (9) ☐ Other (specify code section):

   * Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.

   c. Method of payment. The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):          percent.   (2) ☐ Pay: $          per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the litigant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      Date:          Time:          Dept.:          Div.:          Room:
   e. ☐ (must be completed if application is granted in part) Reasons for denial of a requested waiver (specify):

   f. ☐ The clerk is directed to mail a copy of this order to the applicant's attorney or to the applicant if unrepresented.
   g. All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.

4. ☐ IT IS ORDERED that the application is denied for the following reasons (specify):

   a. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   b. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.

5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):

   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      Date:          Time:          Dept.:          Div.:          Room:
   c. The address of the court is (specify):
   d. The clerk is directed to mail a copy of this order to the applicant only.

NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:

                                                     (Continued on reverse)                   JUDICIAL OFFICER

Form Adopted by Rule 982
Judicial Council of California           **ORDER ON APPLICATION FOR WAIVER OF**                        Government C

| | 982(a)(18.1) |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Hosea Byrd P-40824 CAL State Prison<br>7018 Blair Rd.<br>Calipatria, CA 92233<br>TELEPHONE NO.:   FAX NO.:<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |

INSERT NAME OF COURT AND NAME OF JUDICIAL DISTRICT AND BRANCH COURT, IF ANY:
U.S. District Court Southern District of California

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| ORDER ON APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS (Cal. Rules of Court, rule 985(j)) | CASE NUMBER: |
|---|---|

1. The application was filed on (date):
2. The application was filed by (name):
3. ☐ IT IS ORDERED that the application is granted  ☐ in whole  ☐ in part  (see Cal. Rules of Court, rule 985).
   a. ☐ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 985(j), is waived.
   b. ☐ Applicant shall pay all the fees and costs listed in California Rules of Court, rule 985(j), EXCEPT the following:
      (1) ☐ Jury fees and expenses.             (5) ☐ Court-appointed experts.
      (2) ☐ Court-appointed interpreter for witnesses.  (6) ☐ Other fees and costs (specify):
      (3) ☐ Witness fees of peace officers.
      (4) ☐ Reporter's fees (beyond 60 days).
   c. Method of payment. Applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):                    percent.
      (2) ☐ Pay: $                    per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the litigant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period.
      ☐ The applicant is ordered to appear for the court's review of the applicant's financial status as follows:
      Date:         Time:         Dept.:         Room:
   e. ☐ (must be completed if application is granted in part) Reasons for denial of a requested waiver (specify):

   f. ☐ The clerk is directed to mail a copy of this order to the applicant's attorney or to the applicant if unrepresented.
   g. All unpaid fees and costs shall be deemed to be taxable costs if applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.

4. ☐ IT IS ORDERED that the application is denied for the following reasons (specify):

   a. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   b. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.

5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):

   b. Applicant should be present at the hearing to be held as follows:
      Date:         Time:         Dept.:         Room:
   c. The address of the court is (specify):

   d. The clerk is directed to mail a copy of this order to the applicant only.

Date:

(Continued on reverse)                         JUDICIAL OFFICER

Form Adopted by Rule 982<br>Judicial Council of California<br>982(a)(18.1) [Rev. January 1, 1999]

ORDER ON APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS

Government Code, § 68511.3

10

982(a)(19)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Hosea Byrd in pro/per P-40824
7018 Blair Rd
Calipatria State Prison
Calipatria, CA 92233

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (Name):

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
U.S. District Court Southern District California

PLAINTIFF: Hosea Byrd P-40824

DEFENDANT: Larry Small Warden et. all

NOTICE OF WAIVER OF COURT FEES AND COSTS

CASE NUMBER:

1. The application for waiver of court fees and costs was filed
   a. on (date):
   b. by (name):

2. The application was granted by operation of law.

3. The applicant may proceed in this action without payment of
   a. ☐ court fees and costs listed in rule 985(i) California Rules of Court.
   b. ☐ the following court fees and costs (specify):

Dated: ........................................    Clerk, by ........................................
                                                              (Deputy)

CLERK'S CERTIFICATION

(SEAL)

I certify that the foregoing is a true copy of the original on file in my office.

Dated: ........................................    Clerk, by ........................................
                                                              (Deputy)

Form Adopted by Rule 982
Judicial Council of California
Revised effective July 1, 1981
[982(a)(19)]
Mandatory Form

NOTICE OF WAIVER OF COURT FEES AND COSTS
(IN FORMA PAUPERIS)

WEST GROUP

Gov. Code,
§ 68511.3
CRC Rule 985(e)

11

982(a)(20)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Hosea Byrd P-40824 in PRO/PeR P40824<br>7018 Blair Rd. Calipatria State Prison<br>Calipatria California 92233 | | |

ATTORNEY FOR (Name):

NAME OF COURT AND BRANCH, IF ANY:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:

PLAINTIFF:

DEFENDANT:

| APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS | CASE NUMBER: |
|---|---|

1. I was granted a waiver of court fees and costs in this case on (date):

2. a. ☐ My financial status has not changed since I filed my original application.

   b. ☐ My financial status has changed since I filed my original application AND a new application is attached.

3. I ask the court to extend my waiver of fees to cover the following additional court fees and costs:

   a. ☐ Jury fees and expenses.

   b. ☐ Court appointed interpreters' fees for witnesses.

   c. ☐ Witness fees of peace officers whose attendance is necessary for reasons shown below.

   d. ☐ Reporters' fees for attendance at hearings and trials held more than sixty days after the date of the original application as shown above.

   e. ☐ Witness fees for court appointed experts.

   f. ☐ Other (specify):

4. These additional services are needed because (use additional sheet if necessary):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on (date): . . . . . . . . . . . . . . . at (place): . . . . . . . . . . . . . . . .

Hosea Byrd
(Type or print name)

Hosea Byrd
(Signature)

Form Adopted by Rule 982
Judicial Council of California
Effective January 1, 1981
1982(a)(20)

APPLICATION FOR WAIVER OF ADDITIONAL
COURT FEES AND COSTS
(IN FORMA PAUPERIS)

WEST GROUP

Government Code
Section 68511.3

12